UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                        :    Chapter 11
                                                              :
DREIER LLP,                                                   :    Case No. 08-15051 (SMB)
                                                              :
      Debtor.                                                  :
                                                              :
------------------------------------------------------------x
OFFICIAL COMMITTEE OF UNSECURED                               :
CREDITORS OF DREIER LLP,                                      :    Adv. Pro. No. 11-01691 (SMB)
                                                              :
      Plaintiff,                                               :
                                                              :
  -against-                                                   :
                                                              :
EDART LEASING COMPANY LLC,                                    :
                                                              :
      Defendant.                                               :
------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, the parties have entered into a settlement agreement, memorialized in the So-Ordered Stipulation and Order of Settlement [Docket No. 14, signed 8/17/2011];

WHEREAS, pursuant to the Settlement Agreement, the Committee agreed to file a Stipulation of Dismissal without Prejudice;

IT IS STIPULATED AND AGREED by and between plaintiff Official Committee of Unsecured Creditors of Dreier LLP ("Committee") by and through its undersigned counsel of record, and Edart Leasing Company LLC ("Edart") by and through its undersigned counsel of record, that:

1. The Adversary Proceeding against Edart Leasing Company LLC is hereby dismissed

without prejudice pursuant to F.R.C.P. 41(a)(2).

IT IS SO STIPULATED

Dated: August 23, 2011  
New York, New York

KING & SPALDING LLP

_____  
Arthur J. Steinberg  
1185 Avenue of the Americas  
New York, New York 10036  
(212) 556-2100

Dated: August 26, 2011  
New York, New York

NIEHAUS LLP

_____  
Paul R. Niehaus  
S. Gabriel Hayes-Williams  
1359 Broadway, Suite 2001  
New York, New York 10018  
(212) 631-0223